STATE ex rel. HENRY RINES v. DISTRICT COURT FOR HENNEPIN COUNTY and Others.[1]

July 15, 1914.

Nos. 18,928—(294).

Election contest — change of venue.

> The venue in an election contest over a state office is controlled by G. S. 1913, § 529, which expressly provides for a change of venue as in civil actions. [Reporter.]

[1] Reported in — N. W. —.

Upon the relation of Henry Rines, this court granted its order directing the district court for Hennepin county, and the eight judges of that court, to show cause, pursuant to G. S. 1913, § 8276, why a peremptory writ of mandamus should not issue directing respondent judges and the clerk of that court to desist from taking further proceeding in the primary election contest of Henry Rines, as contestant, against Jacob A. O. Preus, as contestee, and to return to the clerk of the district court for Kanabec county the files in that matter received from him.

The petition of relator set out that he was an elector of the village of Mora, in the county of Kanabec; that he was a duly qualified candidate for nomination for state auditor upon the Republican ticket at the state primary election held June 16, 1914; that the state canvassing board certified that Jacob A. O. Preus, having received a majority of votes cast after elimination, was the nominee of the Republican party for state auditor; that relator, pursuant to G. S. 1913, §§ 357, 358, obtained from the judge of the district court for Kanabec county an order requiring said Preus, as candidate, and Julius H. Schmahl, as secretary of state, to show cause why relator's prayer that his name be substituted and printed in place of the name of said Preus as such candidate should not be granted; that contestee Preus demanded a change of venue to the county of Hennepin, in which county said contestee was resident, and that the clerk of the district court for Kanabec county transmit to the clerk of the district court for Hennepin county the files in the contest proceedings; that demand had been made upon the clerk of the district court for Hennepin county to return the files to Kanabec county and the demand was refused.

*S. R. Child, J. C. Pope* and *J. C. King,* for relator.

*J. F. McGee,* for respondents.

PER CURIAM.

Application for a writ of mandamus to the district court of Hennepin county commanding it to return the papers and files in the con-

test proceeding of Rines v. Preus to the clerk of the district court of Kanabec county, where the contest was commenced, on the ground that such papers and files were improperly transmitted to the district court of Hennepin county on a demand of contestee, under section 7722, G. S. 1913, that the venue of such contest be changed to that county.

After consideration, it is ordered that the application be denied and the order to show cause discharged. The venue in contest proceedings of this kind is controlled by section 529, which expressly provides for a change of venue as in civil actions.